# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. CAROLYN BARAHONA, PH.D

VERSUS

LOUISIANA STATE BOARD OF
EXAMINERS OF PSYCHOLOGISTS

NO.   2025 CW 0274

**JUNE 16, 2025**

---

In Re:   Louisiana State Board of Examiners of Psychologists, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 758641.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion to withdraw writ application advising that this matter is now moot and requesting withdrawal of the application.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT